# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-06728-PSG-JDE | Date | May 17,, 2021 |
|---|---|---|---|
| Title | Aries Shaw v. Commissioner of Social Security | | |

**Present: The Honorable** John D. Early, United States Magistrate Judge

| Maria Barr | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause

On July 28, 2020, Plaintiff Aries Shaw ("Plaintiff"), proceeding without counsel and in forma pauperis, filed a Complaint against the Commissioner of Social Security ("the Commissioner") seeking a review of a decision denying benefits by the Commissioner. Dkt. 1. On July 28, 2020, the Court entered a Case Management Order ("CMO"), directing among other things, that Plaintiff serve and file Plaintiff's motion for judgment on the pleadings, as described in the CMO, within 35 days from the date of the filing of the Commissioner's Answer. Dkt. 7, § V(A)(1). The Commissioner filed his Answer on April 5, 2021, with a proof of service attesting it was served by mail to Plaintiff. Dkt. 10. As a result, Plaintiff was required to file Plaintiff's motion for judgment on the pleadings by no later than May 13, 2021, accounting for service by mail under Fed. R. Civ. P. 6(d). As of the date of this Order, Plaintiff's motion for judgment on the pleadings has not been filed on the Court's docket.

As a result, Plaintiff is hereby ordered to show cause, in writing, within 14 days from the date of the order, why this action should not be dismissed for failure to prosecute and failure to comply with Court orders pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff can comply with this order to show cause by filing a motion for judgment on the pleadings in compliance with the CMO within 14 days of this order. Plaintiff is advised that if Plaintiff fails to file a timely response to this Order, the action may be dismissal for lack of prosecution and for failure to comply with Court orders.

IT IS SO ORDERED.